IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DONEGAL MUTUAL INSURANCE COMPANY, | * | |
| Plaintiff, | * | CV 117-116 |
| v. | * | |
| PROLECTRIC ELECTRICAL CONTRACTORS, et al., | * | |
| Defendants. | * | |

O R D E R

Before the Court is a joint stipulation of dismissal filed by Plaintiff Donegal Mutual Insurance Co. and Defendant Prolectric Electrical Contractors. (Doc. 26.) Because this stipulation is "signed by all parties who have appeared," dismissal is proper. Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE** and all other pending motions are **DENIED AS MOOT**. (Docs. 17, 23.) The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of May, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA